UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.   26cr10158 |
| ) | |
| v.               ) | Violation: |
| ) | |
| KHALEA TURNER,        ) | Count One: Obstruction of Mails |
| ) | (18 U.S.C. § 1701) |
| Defendant.     ) | |
| ) | |

INFORMATION

1.    At all times relevant to this Information, KHALEA TURNER ("TURNER") was a resident of Hull, Massachusetts.

2.    From approximately November 5, 2022, to January 26, 2026, TURNER worked for the United States Postal Service ("USPS") as a Full Time Letter Carrier ("FTLC").   During his employment at the USPS, TURNER was assigned to work at post offices in the Boston, Massachusetts neighborhoods of Brighton, Dorchester, Fort Point, and Mattapan.

3.    As a FTLC, TURNER was responsible for, among other things, the timely delivery of mail to USPS customers.

4.    From in or about January 2023 through November 2023, TURNER obstructed the passage of, and failed to deliver, approximately 14,700 pieces of mail that had been entrusted to him as a USPS FLTC for delivery to customers.

5.    From in or about August 2022 to January 2026, TURNER rented a storage locker at U-Haul Moving & Storage in Weymouth, Massachusetts.   Inside the locker, TURNER stored approximately 14,700 pieces of mail that was addressed to USPS customers along his delivery routes in Brighton, Dorchester, and Mattapan.

6.    Law enforcement recovered the mail from the storage locker on or about January 9, 2026, after TURNER had stopped making monthly locker rental payments.

COUNT ONE
Obstruction of Mails
(18 U.S.C. § 1701)

The United States Attorney charges:

7.      The United States Attorney re-alleges and incorporates by reference paragraphs 1 through 6 of this Information.

8.      From in or about January 2023 through in or about November 2023, in the District of Massachusetts, the defendant,

KHALEA TURNER,

did willfully and knowingly obstruct or retard the passage of the mail, namely, the approximately 14,700 pieces of mail that was recovered by law enforcement in or about January 2026.

All in violation of Title 18, United States Code, Section 1701.

LEAH B. FOLEY
United States Attorney

By:     */s/ Colin T. Missett*
         LUCY SUN
         COLIN T. MISSETT
         Assistant U.S. Attorneys

Date: May 22, 2026